```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

Bruce Schulman,                )
        Plaintiff,             )
                               )           CIVIL ACTION
v.                             )           NO. 13-10281-DPW
                               )
Credit Collection Services;    )
and DOES 1-10, inclusive       )
, et al.,                      )
        Defendants.            )
```

**<u>SETTLEMENT ORDER OF DISMISSAL</u>**

WOODLOCK, District Judge

The Court having been formally advised that the above-entitled action has been settled on **MARCH 13, 2013** with respect to all parties;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **60 days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **MAY 13, 2013.**

                                        BY THE COURT,

                                        /S/ Kellyann Moore
DATED: March 14, 2013                   Deputy Clerk